IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> CARMICKLE THOMPSON, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 1:09cv119 (AJT/TCB) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

This matter is before the Court on Plaintiff Sentry Select Insurance Company's Motion for Summary Judgment (Doc. No. 46) and on Defendant/Counter-Claimant's Motion for Summary Judgment (Doc. No. 49). For the reasons stated in the accompanying opinion memorandum, it is hereby

ORDERED that Plaintiff Sentry Select Insurance Company's Motion for Summary Judgment (Doc. No. 46) be, and the same hereby is, GRANTED and this Court hereby declares and finds that Plaintiff Sentry Select Insurance Company is not obligated by either insurance policy number CT739434-98093-051, issued by Plaintiff Sentry Select Insurance Company to Defendant Donald Milligan d/b/a C& T Trucking, or by the "Endorsement for Motor Carrier Policies of Insurance for Public Liability Under Sections 29 and 30 of the Motor Carrier Act of 1980" to pay any portion of the judgment entered on December 2, 2008 in Loudoun County Circuit Court against Defendant Eugene Brown or Defendant Eagle Valley Trucking; and it is further

ORDERED Defendant/Counter-Claimant's Motion for Summary Judgment (Doc. No. 49) be, and the same hereby is, DENIED.

The Clerk is directed to enter judgment in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is final.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 19, 2009